IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

PERRY JOE GATLIN                                                                                PLAINTIFF

V.                                    CASE NO.: 3:14-CV-3024

RAY HOBBS, Director
Arkansas Department of Corrections                                                  DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 9) filed in this case on October 14, 2014, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED on this 12th day of November, 2014.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE